UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>SISI,<br><br>             Defendant. | Case No.  21-cv-05378-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

There having been no recent activity in this case, Plaintiff is ordered to file a dismissal or statement no later than **April 19, 2022**, to show cause, if any, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a hearing on this order on **April 26, 2022, at 1:30 p.m.**

**SO ORDERED.**

Dated: April 4, 2022

_____

SUSAN VAN KEULEN
United States Magistrate Judge