UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>SISI,<br><br>        Defendant. | Case No. 21-cv-05378-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On April 4, 2022, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Dkt. 12. After Plaintiff filed a response to the OSC and an administrative motion, the Court vacated the April OSC hearing, extended the deadline to conduct the joint site inspection to May 13, 2022 and ordered Plaintiff to file a status report by May 13, 2022. Dkt. 16. Plaintiff failed to file a status report by the deadline, and there has been no further substantive activity in the case. Accordingly, the Parties shall appear on **June 28, 2022 at 11:00 a.m.** and show cause, if any, why the case should not be dismissed for failure to prosecute. Additionally, Plaintiff shall file a statement in response to this Order no later than **June 21, 2022**.

**SO ORDERED.**

Dated: June 3, 2022

SUSAN VAN KEULEN
United States Magistrate Judge