UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SISI,<br><br>        Defendant. | Case No. 21-cv-05378-SVK<br><br>**ORDER IN RE PARTIES' RESPONSES TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 19, 21 |

    The Court is in receipt of the Parties' responses to the Order to Show Cause. Dkt. Nos. 19, 21. The Court **ORDERS** as follows:

    No later than **5 p.m. on June 27, 2020**, Defendant is to provide Plaintiff with one date for the joint site inspection to be completed on a weekday during normal business hours no later than **July 8, 2022**.

    Plaintiff's failure to conduct the inspection on that date will result **immediate dismissal of this action for failure to prosecute**.

    The Order to Show Cause at Dkt. 18 is **TERMINATED** and the hearing on Order to Show Cause set for June 28, 2022 is **VACATED**.

    **SO ORDERED.**

Dated: June 23, 2022

                                                       */s/ Susan van Keulen*
                                                       SUSAN VAN KEULEN
                                                       United States Magistrate Judge