UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>   v.<br><br>SISI,<br><br>          Defendant. | Case No.  21-cv-05378-SVK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This case is dismissed with prejudice for Plaintiff's failure to prosecute in accordance with this Court's orders of July 13, 2021 (Dkt. 5), April 22, 2022 (Dkt. 16) and June 23, 2022 (Dkt. 23). The Court has received and considered Plaintiff's status report and Defendant's response to same. Dkt. Nos. 24, 25. The Court finds that Plaintiff's status report in the form of a declaration of Josie Zimmerman, Esq. filed under penalty of perjury (Dkt. 24) is misleading as to defense counsel's efforts to communicate the date for the JSI to multiple members of the Potter Handy firm. This is not the first time the Court has had such an issue with a declaration from Ms. Zimmerman. Accordingly, **the Court will no longer accept or rely upon any declaration from Ms. Zimmerman in support of any claim or defense in any matter before this Court**.

**SO ORDERED.**

Dated: July 21, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge